# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 13, 2022

## NO. 03-19-00339-CR

**Wesley Eugene Perkins, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 3 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the trial court's May 6, 2019 order revoking community supervision and pronouncing sentence. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order revoking community supervision and pronouncing sentence. Therefore, the Court affirms the trial court's order revoking community supervision and pronouncing sentence. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.